IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABC, INC.,

Plaintiff,

vs.

PAUL BALLARD,

Defendant.

**8:26CV294**

**ORDER**

This matter comes before the Court on Plaintiff's motion for extension of time and motion for substitute service. Filing No. 10. Under Federal Rule of Civil Procedure 4(e), a plaintiff may serve a defendant by following the law of the state in which the district court is located, in this case, Nebraska. Nebraska Revised Statutes §§ 25-518.01–520.03 permit service by publication when ordered by the Court. Having documented their unsuccessful attempts to otherwise serve defendant Paul Ballard and having exercised reasonable diligence in attempting to serve Defendant, Plaintiff's request for service by publication is granted. Likewise, Plaintiff has shown good cause for the failure to serve Defendant within 90 days, and the Court will extend the time for service for an appropriate period. See Fed. R. Civ. P. 4(m).

IT IS ORDERED:

1. Plaintiff's motion for substitute service, Filing No. 10, is granted. Plaintiff shall publish such notification as requested.
2. Plaintiff shall effectuate service, and file notice of such, on or before November 12, 2026.

Dated this 28th day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge